UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY,<br><br>　　　　　　Defendant. | 1:24-cv-00084-EPG (PC)<br><br>ORDER GRANTING MOTION<br>TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

　　　　Plaintiff John Valdivia is a civil detainee[1] proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2024, Plaintiff filed a motion to proceed *in forma pauperis*. (ECF No. 2). Examination of the motion, made under oath, reveals that Plaintiff is unable to afford the costs of this action. Accordingly, Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is GRANTED.

IT IS SO ORDERED.

Dated: **January 22, 2024**　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act (PLRA). *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

1