UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FRESNO COUNTY,<br><br>　　　　　　Defendant. | Case No. 1:24-cv-00084-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 26) |

　　　On September 22, 2025, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 26).[1] In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

　　　Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated:　**September 23, 2025**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' filing (ECF No. 26) refers broadly to Fed R. Civ. P. 41(a)(2). For clarity, this order will reflect Fed R. Civ. P. 41(a)(1)(A)(ii), as this subdivision addresses dismissal of an action based on "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

1